## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA : No. 407 MAL 2023
:
:
v. : Petition for Allowance of Appeal
: from the Order of the Superior Court
:
MANUEL ALEJANDRO RONDON :
:
:
PETITION OF: STEPHEN HOBBS, :
SURETY

## ORDER

**PER CURIAM**

 **AND NOW**, this 23rd day of January, 2024, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

> Is the written consent requirement of 42 Pa.C.S. § 5747.1(b)(2) triggered when the court's revocation and forfeiture of a defendant's bail was the result of a court error?

The Prothonotary is directed to provide a copy of this order to the Attorney General, who is invited to participate in this appeal as *amicus curiae*.